USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

99 WALL DEVELOPMENT INC.,

                                                         Plaintiff,                  **ORDER**

                        -against-                              18-CV-126 (RA) (KHP)

ALLIED WORLD SPECIALTY INSURANCE COMPANY
formerly known as DARWIN NATIONAL ASSURANCE
COMPANY,

                                                       Defendant.

-----------------------------------------------------------------

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       For the reasons set forth on the record during the December 18, 2018 telephone conference, the motions at ECF 167 and 168 are denied without prejudice as premature. The parties are directed to conduct the deposition of Plaintiff's expert within the next 30 days and to meet and confer further about documents on Plaintiff's privilege log and any potentially outstanding production from Plaintiff based on its counsel's further inquiry as to location of communications with outside consultants.

       A status conference in this matter is hereby scheduled for **March 16, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

       **SO ORDERED.**

Dated: January 21, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1