

45 BROADWAY - SUITE 920
NEW YORK, NY 10006
(646) 876-4400 MAIN     (612) 336-9100 FAX

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2020
```

March 11, 2020

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

0

RE: *99 Wall Development Inc. v. Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company*
Civil Action No.: 1:18-cv-00126-RA
Our File No.: 9-136-0020

Dear Judge Parker:

We represent Defendant Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company. We are joined in this letter-motion by counsel for Plaintiff 99 Wall Development Inc.

The Parties respectfully request an adjournment of the status conference currently scheduled for March 16, 2020. ECF. No. 170. The Parties are diligently working to complete discovery by the current March 31, 2020 discovery deadline and seek a new status conference date upon the completion of that process. ECF. No. 164. The Parties propose rescheduling the status conference to April 1 or April 8, 2020.

This is the first request for an extension of the March 16, 2020 status conference by the Parties. The Parties thank the Court for its consideration of this matter.

Respectfully submitted,

ZELLE LLP

Matthew L. Gonzalez, Esq.
Isabella Stankowski-Booker, Esq.
*Attorneys for Defendant*

ATLANTA | BOSTON | DALLAS | LONDON | MIAMI | MINNEAPOLIS
NEW YORK | PHILADELPHIA | SAN FRANCISCO | WASHINGTON, DC
Zelle.com

To: Honorable Katharine H. Parker
March 11, 2020
     Page 2

                                                    45 Broadway, Suite 920
                                                  New York, New York 10006
                                                  Tel.: (646) 876-4410

cc:    Philip M. Brown-Wilusz Esq. (via Email and ECF)
        Tracy A. Saxe, Esq. (via Email and ECF)

**The Status Conference in this matter that is scheduled for Monday, March 16, 2020 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby <u>converted to a telephonic conference</u> and rescheduled to <u>Wednesday, April 8, 2020 at 11:00 a.m.</u>  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.**

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
03/11/2020

2

To: Honorable Katharine H. Parker
March 11, 2020
    Page 3

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2020, a true and correct copy of the foregoing was served by electronic means *via* email and the Court's CM/ECF electronic filing system upon the following parties and participants:

    Tracy Alan Saxe, Esq.
    Phillip A. Perez, Esq.
    Saxe Doernberger & Vita, P.C.
    35 Nutmeg Drive, Suite 140
    Trumbull, CT 06611
    Tel.: (203) 287-2100
    *Attorneys for Plaintiff*

Dated: March 11, 2020
      New York, New York         ZELLE LLP

                                                    _____
                                                      Matthew L. Gonzalez, Esq.
                                                      *Attorneys for Defendant*
                                                      45 Broadway, Suite 720
                                                      New York, New York 10006
                                                      Tel.: (646) 876-4411