USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

99 WALL DEVELOPMENT INC.,

                                Plaintiff,

                -against-

ALLIED WORLD SPECIALTY INSURANCE COMPANY
formerly known as DARWIN NATIONAL ASSURANCE
COMPANY,

                                Defendant.

**ORDER**

**18-CV-126 (RA) (KHP)**

-------------------------------------------------------------------

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      For the telephonic conference currently scheduled for April 8, 2020, the parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

      **SO ORDERED.**

Dated: March 16, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1