UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-1-20

99 WALL DEVELOPMENT INC.,

               Plaintiff,

v.

ALLIED WORLD SPECIALTY INSURANCE COMPANY *formerly known as* DARWIN NATIONAL ASSURANCE COMPANY,

               Defendant.

18-CV-126 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       In light of the extension of the discovery deadline from March 31, 2020 to April 30, 2020, *see* Dkt. 176, the post-discovery conference scheduled for April 10, 2020 is hereby adjourned to May 8, 2020 at 12:30 p.m. In advance of the conference, the Court will notify the parties whether it will be held in person or by phone. No later than May 1, 2020, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    April 1, 2020
             New York, New York

                                                          RONNIE ABRAMS
                                                          United States District Judge