UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

99 WALL DEVELOPMENT INC.,                  Civil Action No.:
                                                                                  1:18-CV-00126 (KHP)

                                         Plaintiff,

       -against-

                                                                       **NOTICE OF MOTION TO**
                                                                       **COMPEL**

ALLIED WORLD SPECIALTY INSURANCE
COMPANY f/k/a DARWIN NATIONAL
ASSURANCE COMPANY,

                                         Defendant.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum Of Law In Support Of Defendant's Motion To Compel dated April 17, 2020, and all prior pleadings and proceedings herein, Defendant Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company, by and through undersigned counsel, shall move this Court, on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street in New York, New York 10007, for an order compelling the production of documents previously withheld by Plaintiff, together with such other, further and different relief as this Court may deem just and proper.

Dated: April 17, 2020
        New York, New York                           ZELLE LLP

                                                                      _____
                                                                      Matthew L. Gonzalez, Esq.
                                                                      Isabella Stankowski-Booker, Esq.
                                                                      Jennifer Hoffman, Esq.
                                                                      Peter Kelly Golfman, Esq.
                                                                      *Attorneys for Allied World Specialty*
                                                                      *Insurance Company*

45 Broadway, Suite 920
New York, New York 10006
Tel.: (646) 876-4410

To:    Tracy Alan Saxe, Esq.
Philip Brown-Wilusz, Esq.
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, Connecticut 06611
Telephone: 203.287.2100
Fax: 203.287.8847
*Attorneys for Plaintiff, 99 Wall Development Inc.*