UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/1/2020
```

99 WALL DEVELOPMENT INC.,

               Plaintiff,

v.

ALLIED WORLD SPECIALTY INSURANCE COMPANY AND T.G. NICKEL & ASSOCIATES LLC,

               Defendants.

18-CV-126 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter by July 3, 2020, as directed in the Court's April 29, 2020 Order. *See* Dkt. 186. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the post-discovery conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    July 1, 2020
           New York, New York

                                                      _____
                                                      RONNIE ABRAMS
                                                      United States District Judge