USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

99 WALL DEVELOPMENT, INC.

                Plaintiff,

v.

ALLIED WORLD SPECIALITY INSURANCE COMPANY,

                Defendant.

18-CV-126 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The oral argument scheduled for Thursday, June 24 will begin at 2:30 p.m. instead of 3:00 p.m. The argument will focus primarily on Defendant's two motions for partial summary judgment (Dkts. 197, 199), with equal time devoted to each one. To the extent that the parties are arguing with reference to materials that Defendant seeks to strike, the parties may also raise those issues as part of their discussions on the summary judgment motions.

      The Court will allot roughly 30 minutes to each summary judgment motion. Each side may be heard with respect to any points they wish to raise, and the Court will have also have questions for the parties. On each motion Defendant will speak first as the movant, and may reserve time for responding to Plaintiff.

      The argument will be held by video conference using Microsoft Teams. The Court will send counsel the videoconferencing information via email. Members of the public and press can access the conference by using the following information: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:    June 21, 2021
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge