```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

99 WALL DEVELOPMENT INC.,

                    Plaintiff,        **ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE**

     -against-

ALLIED WORLD SPECIALTY INSURANCE COMPANY    **18-CV-126 (RA) (KHP)**
formerly known as DARWIN NATIONAL ASSURANCE
COMPANY,

                    Defendant.

-----------------------------------------------------------------

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, January 19, 2022 at 11:30 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

     SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                                     */s/ Katharine H. Parker*
                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge