

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

January 5, 2022

**MEMO ENDORSED**

VIA ECF:

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      RE:     **99 Wall Development Inc. v. Allied World Specialty Insurance Company; Civil Action No.: 1:18-cv-00126-RA**

Dear Judge Parker:

     I represent 99 Wall Development Inc., who is the plaintiff in the above-captioned action. I submit this letter to request a postponement of the January 19, 2022 settlement conference with Your Honor regarding the above captioned matter.

     The parties are planning on participating in a global mediation anticipated to occur in March, and as such, respectfully request that the settlement conference be postponed in order to avoid any unnecessary waste of time or resources from the parties or the Court. Undersigned counsel requests that the settlement conference be rescheduled in April or thereafter, at the court's discretion, after the completion of mediation. The Court would of course be notified of any potential settlement reached at the anticipated global mediation. Counsel for the Defendant consents to and joins in this request.

     Undersigned counsel thanks the Court for its time and consideration of this matter.

> **APPLICATION GRANTED:** The telephonic Settlement Status Conference in this matter scheduled for Wednesday, January 19, 2022 at 11:30 a.m. is hereby rescheduled to **Thursday, April 14, 2022 at 12:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> **01/06/2022**

Respectfully submitted,

Michael D. Angotti, Esq.
mangotti@sdvlaw.com
Tracy Alan Saxe, Esq.
tsaxe@sdvlaw.com
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, Connecticut 06611
T: (203) 287-2118; F: (203) 287-8847
Attorneys for Plaintiff, 99 Wall Development Inc.

---