```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

99 WALL DEVELOPMENT INC.,

                              Plaintiff,

      -against-

ALLIED WORLD SPECIALTY INSURANCE COMPANY
formerly known as DARWIN NATIONAL ASSURANCE
COMPANY,

                              Defendant.

**ORDER CONVERTING SETTLEMENT STATUS CONFERENCE TO VIDEO**

18-CV-126 (RA) (KHP)

-----------------------------------------------------------------

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Settlement Status Conference in this matter scheduled for **Thursday, April 14, 2022 at 12:00 p.m.** is hereby converted to Microsoft Teams. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

      SO ORDERED.

Dated: March 28, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge